IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fox, Dorothy M | Case Number: 05 B 34619 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/11/08 | Filed: 8/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 3, 2008
Confirmed: October 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,584.62 | |
| Secured: | | 7,776.23 |
| Unsecured: | | 4,101.13 |
| Priority: | | 0.00 |
| Administrative: | | 1,735.00 |
| Trustee Fee: | | 787.64 |
| Other Funds: | | 184.62 |
| Totals: | 14,584.62 | 14,584.62 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,735.00 | 1,735.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Secured | 7,776.23 | 7,776.23 |
| 5. | Marshall Field & Company | Unsecured | 96.76 | 99.73 |
| 6. | World Financial Network Nat'l | Unsecured | 231.20 | 238.23 |
| 7. | World Financial Network Nat'l | Unsecured | 52.91 | 54.53 |
| 8. | World Financial Network Nat'l | Unsecured | 94.42 | 97.31 |
| 9. | World Financial Network Nat'l | Unsecured | 43.62 | 44.95 |
| 10. | AT&T Wireless | Unsecured | 495.85 | 510.89 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 26.00 | 26.79 |
| 12. | World Financial Network Nat'l | Unsecured | 208.29 | 214.64 |
| 13. | Seventh Avenue | Unsecured | 390.76 | 402.69 |
| 14. | Capital One | Unsecured | 316.15 | 325.79 |
| 15. | Midnight Velvet | Unsecured | 91.79 | 94.59 |
| 16. | Wells Fargo Fin Acceptance | Unsecured | 325.01 | 334.92 |
| 17. | Capital One | Unsecured | 287.33 | 296.10 |
| 18. | RoundUp Funding LLC | Unsecured | 284.75 | 293.43 |
| 19. | ECast Settlement Corp | Unsecured | 175.57 | 180.93 |
| 20. | Capital One | Unsecured | 102.93 | 106.07 |
| 21. | Cingular Wireless | Unsecured | 339.21 | 349.54 |
| 22. | ECast Settlement Corp | Unsecured | 105.06 | 108.25 |
| 23. | ECast Settlement Corp | Unsecured | 312.23 | 321.75 |
| 24. | Card Processing Center | Unsecured | | No Claim Filed |
| 25. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 26. | Home Depot | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Fox, Dorothy M

Printed: 11/11/08

Case Number: 05 B 34619
Judge: Wedoff, Eugene R
Filed: 8/31/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 13,491.07 | $ 13,612.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 200.93 |
| 5% | 64.61 |
| 4.8% | 115.18 |
| 5.4% | 253.91 |
| 6.5% | 153.01 |
| | $ 787.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

